IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00056-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AMRISH D. PATEL (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to extend the deadline for self-reporting to his designated Bureau of Prisons facility for service of his sentence. (Doc. No. 98). The motion recites that the government does not oppose the defendant's request.

For the reasons stated in the defendant's motion, the Court finds that the defendant has good cause to extend the deadline for reporting to serve his sentence.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED** and the deadline for self-reporting is extended until on or after August 31, 2023, during which he shall remain under the previously ordered bond conditions, (Doc. No. 18: Order Setting Conditions of Release).

The Clerk is directed to certify copies of this Order to the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: June 29, 2023

Robert J. Conrad, Jr.
United States District Judge